# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18-CV-00583-FDW

| | |
|---|---|
| **PHILILP R. SCOTT,** ) | |
|     **Plaintiff,** ) | |
| ) | **MOTION TO** |
| v. ) | **COMPEL DISCOVERY** |
| ) | |
| **FNU BENNETT, et.al.,** ) | |
|     **Defendants.** ) | |

NOW COMES Plaintiff, through undersigned counsel, pursuant to Fed. R. Civ. P. Rule 37 and Local Rule 7.1, respectfully moves the Court to compel production of discovery. Specifically, Plaintiff requests that Defendants Jerline Bennett and Brenita Bennett be compelled to respond to Plaintiff's Request for Production of Documents #1. The movant has, in good faith, attempted to confer with the Defendants counsel in order to obtain the discovery without court action.

In addition, Plaintiff moves for an order requiring Defendants to pay reasonable expenses associated with making this motion, pursuant to Rule 37(a)(5)(A). A memorandum of law and supporting exhibits are attached to this Motion.

Respectfully submitted, this 13th day of January, 2020.

                                          /s/ Taittiona Miles
                                          Taittiona Miles
                                          Attorney for Plaintiff
                                          N.C. Bar No. 50879
                                          N.C. Prisoner Legal Services, Inc.
                                          Post Office Box 25397
                                          Raleigh, North Carolina 27611
                                          (919) 856-2200
                                          (919) 856-2223 (Fax)
                                          tmiles@ncpls.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>James B. Trachtman
>Attorney for Defendants Hinton, Walker, Tapley-Burnett, and Johnson
>N.C. Dept. of Justice
>P.O. Box 629
>114 W. Edenton St.
>Raleigh, NC 27602-0629
>Email: jtrachtman

>/s/ Taittiona Miles
>Taittiona Miles
>Attorney for Plaintiff
>N.C. Bar No. 50879
>N.C. Prisoner Legal Services, Inc.
>Post Office Box 25397
>Raleigh, North Carolina 27611
>(919) 856-2200
>(919) 856-2223 (Fax)
>tmiles@ncpls.org

2

Case 3:18-cv-00583-MR   Document 24   Filed 01/13/20   Page 2 of 2