UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00583-FDW

| | |
|---|---|
| PHILLIP R. SCOTT, | ) |
|       Plaintiff, | ) |
| vs. | ) **ORDER** |
| FNU BENNETT, et al., | ) |
|       Defendants. | ) |

**THIS MATTER** is before the Court on Defendants' Motion to Stay Dispositive Motions Deadline or, in the Alternative, For Extension of Time to File Dispositive Motions. [Doc. 27].

The current dispositive motions deadline in this case is January 31, 2020. [Doc. 19]. Plaintiff has filed a motion to compel discovery, which remains pending before the Court. [Doc. 24]. Defendants now move to hold the dispositive motions deadline in abeyance until the discovery dispute is resolved. [Doc. 27]. For good cause shown, the Court will grant Defendants' motion.

**IT IS, THEREFORE, ORDERED** that Defendants' motion [Doc. 27] is **GRANTED** and the dispositive motions deadline in this case is hereby **STAYED** until further order of the Court.

Signed: February 3, 2020

Frank D. Whitney
Chief United States District Judge