# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Phillip R. Scott, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:18-cv-00583-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| J. Bennett, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order entered on March 15, 2021.

March 15, 2021

*Frank G. Johns*

Frank G. Johns, Clerk of Court